UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STACIA HYDE-EASON,

    Plaintiff,

v.      Case No. 8:12-cv-609-T-33TGW

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court sua sponte. On July 16, 2012, this Court entered an Order referring this case to mediation and directing Plaintiff's counsel, within twenty days thereof, to report to the Court the parties' selected mediator as well as the date, time, and location of the mediation conference. (Doc. # 13). Plaintiff failed to comply with the Order, and on August 16, 2012, this Court entered an Order directing compliance by August 24, 2012. (Doc. # 14). The Court warned that continued failure to respond would result in the entry of an order directing Plaintiff to show cause why this action should not be dismissed without prejudice for failure to prosecute. Id.

    Plaintiff failed to meet the Court's August 24, 2012, deadline, and this Court entered an Order to Show Cause (Doc. # 15) on August 27, 2012. That Order directed Plaintiff to

show cause why the case should not be dismissed for failure to prosecute by August 31, 2012.

Plaintiff failed to respond to the Court's Order to Show Cause. Accordingly, the Court dismisses Plaintiff's action without prejudice for failure to prosecute.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This case is dismissed without prejudice for failure to prosecute.

(2) The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>4th</u> day of September 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record

2